IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00014-WYD-MJW

VIRGINIA A. HARRIS; and
GEORGE L. HARRIS,

    Plaintiff(s),

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED; and
C.B. FLEET COMPANY, INCORPORATED,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The parties' Stipulation for Extension of Time for Defendants to File Responsive Pleading, filed January 5, 2006, is **GRANTED** to and including **Tuesday, January 31, 2006**.

    Dated:  January 6, 2006

                              s/ Michelle M. Merz
                              Law Clerk to
                              Wiley Y. Daniel
                              U. S. District Judge