IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00014-WYD-MJW

VIRGINIA A. HARRIS, et al.,

Plaintiff(s),

v.

C.B. FLEET HOLDING COMPANY, INC., et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion to Modify Scheduling Order With Proposed Order, filed with the Court on July 28, 2006, (DN 15), is GRANTED and the Scheduling Order is ORDERED modified as follows:

Case Plan and Schedule

    a.    Designation of Nonparties at Fault:    **October 3, 2006**

    b.    Discovery Cut-off:    **November 30, 2006**

    c.    Dispositive Motions Deadline:    **December 31, 2006**

    d.    (3) The Parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before:

    Plaintiffs:    **August 21, 2006**

    Defendants:    **September 21, 2006**

    (4) The Plaintiffs shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **September 28, 2006.**

    f.  Interrogatory Schedule:

    All interrogatories must be served by no later than **October 27, 2006.**

All interrogatories must be served so that responses are due no later than **November 30, 2006**.

g.      Schedule for Request for Production of Documents and Requests for Admissions:

All requests for production of documents and requests for admissions must be served by **October 27, 2006.**

All document requests must be served so that responses are due no later than **November 30, 2006.**

## Dates for Further Conferences

a.      The settlement conference set on September 18, 2006, at 10:00 a.m., is VACATED and is RESET on **October 18, 2006 at 10:00 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado. Counsel, pro se litigants and persons with complete settlement authority shall be present in person for the settlement conference.

ECF participants shall e-mail their Confidential Settlement Statements to chambers with a subject line "Confidential Settlement Statement" to: Watanabe_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the settlement conference date.  The Confidential Settlement Statement should be in PDF format and sent as an *attachment* to the e-mail.  Statements containing more than 15 pages *should also be submitted to chambers on paper* (hard copy), with the envelope addressed to "Magistrate Judge Watanabe Chambers, Personal and Confidential".  Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper to the Clerk's Office.

c.      The Final Pretrial Conference set on February 5, 2007, at 8:30 a.m., is VACATED and RESET on **March 5, 2007, at 8:30 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that the parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) days prior to the Final Pretrial Conference consistent with the Local Rules of Practice for electronic case filing. In addition, a proposed Final Pretrial Order in WordPerfect format shall be submitted by e-mail to Watanabe_chambers@cod.uscourts.gov. as an attachment to the e-mail.

Date:  July 31, 2006