**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00014-WYD-MJW

VIRGINIA A. HARRIS and GEORGE L. HARRIS,

Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED and C.B. FLEET COMPANY, INCORPORATED,

Defendants.

---

**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO MODIFY**
**SCHEDULING ORDER AND UNOPPOSED MOTION TO STAY CURRENT**
**SCHEDULING ORDER** ( Docket No. 25 )

---

THIS MATTER having come before the Court on the Parties' Unopposed Motion to Modify Scheduling Order and Unopposed Motion to Stay Current Scheduling Order, and the Court having reviewed the same and being advised in the premises, does hereby

ORDER that the Parties' requests to modify the Scheduling Order and stay the July 31, 2006, Scheduling Order is GRANTED, and ORDER that the Unopposed Motion to Modify Scheduling Order be executed and filed by the Court.

DATED this 18th day of September 2006.

BY THE COURT:

_Michael J. Watanabe_

United States Magistrate Judge Michael J. Watanabe

120242.1

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

- 1 -