IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00014-WYD-MJW

VIRGINIA A. HARRIS, et al.,

Plaintiff(s),

v.

C.B. FLEET HOLDING COMPANY, INC., et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Joint Motion for Protective Order with Proposed Order (docket no. 29) is GRANTED.  The written Protective Order is APPROVED as amended in paragraph 14 and made an Order of Court.

Date:  October 5, 2006