IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00014-WYD-MJW

VIRGINIA A. HARRIS and GEORGE L. HARRIS,

Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED and C.B. FLEET COMPANY, INCORPORATED,

Defendants.

---

**PROPOSED ORDER RE: MOTION TO PERMIT PLAINTIFFS TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE OR, IN THE ALTERNATIVE, TO RESCHEDULE SETTLEMENT CONFERENCE AND CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCIVR. 7.1**
( Docket No. 34 )

---

**FOR GOOD CAUSE SHOWN, IT IS ORDERED:**

__X__   Plaintiffs Virginia A. Harris and George Harris are excused from attending the Mandatory Settlement Conference scheduled for December 1, 2006, in person and may participate via telephone. Lead Counsel for the Plaintiffs must be present with full settlement authority.

_____   ~~The Mandatory Settlement Conference presently scheduled for December 1, 2006 at 12 o'clock noon is continued until January 10, 2007 at 12:00 o'clock noon.~~

DATE:   November 27, 2006

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge Michael J. Watanabe