IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00014-WYD-MJW

VIRGINIA A. HARRIS; and
GEORGE L. HARRIS,

    Plaintiff(s),

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED; and
C.B. FLEET COMPANY, INCORPORATED,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulated Notice of Dismissal With Prejudice, filed by the parties on January 31, 2007 (docket #42).  In the stipulated notice, the parties seek dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Therefore, upon consideration of the stipulated notice and file in this matter, I hereby **DISMISS** this case **WITH PREJUDICE**, each party to be responsible for its own attorneys' fees and costs.

    Dated:  February 6, 2007

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge